```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | LAUREL D. WHITE
   | Exec. Asst. U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 551-2700
 5 | Attorney for Plaintiff
```

**FILED**

APR 2 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-SW-450 KJN |
|---|---|
| Plaintiff, | ) |
| v. | ) ~~Proposed~~ Order to Unseal Search Warrant, Application, and Affidavit |
| In Re: Search of 478-495 Alta Drive, SUSANVILLE, CA | ) |

Petition having been made to the Court to unseal the above named Search Warrant, Application and Affidavit, and the Court having considered the petition and finding good cause therefor;

IT IS HEREBY ORDERED that the Search Warrant, Application and Affidavit named above, shall be unsealed.

DATED: April 21, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1